IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP J. RATH JR., | ) | 8:13CV204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NEBRASKA, STATE OF NEBRASKA'S SEX OFFENDER REGISTRY OFFICE, STATE OF WISCONSIN, and STATE OF WISCONSIN'S SEX OFFENDER REGISTRY OFFICE, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the court's Memorandum and Order dated August 26, 2013, in which the court granted Plaintiff's request that this court reconsider the amount of his initial partial filing fee and denied his request for the appointment of counsel, Plaintiff's Motion seeking the appointment of counsel (Filing No. 13) will be denied.

IT IS THEREFORE ORDERED that: Plaintiff's Motion seeking the appointment of counsel (Filing No. 13) is denied.

DATED this 30th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge