IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP J. RATH JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV204 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, STATE OF NEBRASKA'S SEX OFFENDER REGISTRY OFFICE, STATE OF WISCONSIN, and STATE OF WISCONSIN'S SEX OFFENDER REGISTRY OFFICE, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff voluntarily dismissed this action, and judgment was entered on September 17, 2013. (Filing No. 18.) Today, the court received a document from Plaintiff which requests that the court appoint him counsel to help him submit documents with the court. (Filing No. 25.) Plaintiff maintains that prison officials have prevented him from filing legal documents.

This case is closed and Plaintiff is not entitled to the relief he seeks. The very fact that the court received Plaintiff's document shows that Plaintiff is not being precluded from filing materials with the court.

IT IS ORDERED that Plaintiff's request for the appointment of counsel (Filing No. 25) is denied.

DATED this 1st day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge