IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHILLIP J. RATH JR.,                      )
                                          )
                    Plaintiff,            )               8:13CV204
                                          )
          V.                              )
                                          )
STATE OF NEBRASKA, STATE                  )       **MEMORANDUM AND ORDER**
OF NEBRASKA'S SEX                         )
OFFENDER REGISTRY OFFICE,                 )
STATE OF WISCONSIN, and                   )
STATE OF WISCONSIN'S SEX                  )
OFFENDER REGISTRY OFFICE,                 )
                                          )
                    Defendants.           )
                                          )

        Plaintiff voluntarily dismissed this action, and judgment was entered on September 17, 2013.  (Filing No. 18.)  On November 14, 2016, Plaintiff filed a Motion to Amend Complaint (Filing No. 28) and Motion for Appointment of Counsel (Filing No. 29).

        This case has been closed for many years.  Plaintiff is not entitled to the relief he now seeks in this action.

        IT IS ORDERED that Plaintiff's Motion to Amend Complaint (Filing No. 28) and Motion for Appointment of Counsel (Filing No. 29) are denied.

        DATED this 15th day of November, 2016.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Supervising Pro Se Judge