IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP J. RATH JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV204 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, STATE OF NEBRASKA'S SEX OFFENDER REGISTRY OFFICE, STATE OF WISCONSIN, and STATE OF WISCONSIN'S SEX OFFENDER REGISTRY OFFICE, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) ) | |

Plaintiff filed a document with the court requesting copies of documents. (Filing No. 31.) This request will be denied. Plaintiff does not have the right to receive copies of documents without payment, even though he was granted leave to proceed in forma pauperis. If Plaintiff requires copies of court documents, he should contact this court's clerk's office to determine the proper method for requesting and paying for copies.

Although Plaintiff is not entitled to free copies of particular docket entries, the court will direct the clerk's office to forward to him a copy of the docket sheet itself to facilitate his communication with the clerk's office in requesting copies of particular docket entries.

IT IS ORDERED that Plaintiff's request for copies (Filing No. 31) is denied. The clerk of court is directed to mail a copy of the docket sheet to Plaintiff.

DATED this 30th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge